UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 JUN 21  A 8: 59

SIGN
BY DEPUTY CLERK

WILLIAM PRESTON

VERSUS                                                      CIVIL ACTION NO.: 07-96-A

LYNN COOPER, ET AL

# RULING ON
# PETITION FOR WRIT OF HABEAS CORPUS

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Docia L. Dalby of June 5, 2007 (doc. 12). Petitioner has submitted an objection to the report and recommendation captioned "Motion to Traverse Commissioner's Report and Recommendation" (doc. 13), and contends that the magistrate judge did not address his allegations that he did not receive a fair trial. However, the petitioner's arguments in support of the denial of a fair trial claim were fully addressed in the report and recommendation. The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the petition for writ of habeas corpus filed by the plaintiff, William Preston (doc. 1) is hereby **DENIED**.

Baton Rouge, Louisiana, June 20, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA